IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MITCHELL J. MAGEE, M.D., United
States of America, *ex rel.*; and
TODD M. DEWEY, M.D.                                              PLAINTIFFS

v.                              No. 4:19-mc-17-DPM

TEXAS HEART HOSPITAL OF THE
SOUTHWEST, LLP                                                   DEFENDANT

## ORDER

Status report, № 5, appreciated. Embedded request to stay this matter until 16 March 2020 granted. Status report due by 2 March 2020.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

24 January 2020