IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MITCHELL J. MAGEE, M.D., United
States of America, *ex rel.*; and
TODD M. DEWEY, M.D.                                      PLAINTIFFS

v.                    No. 4:19-mc-17-DPM

TEXAS HEART HOSPITAL OF THE
SOUTHWEST, LLP                                              DEFENDANT

## ORDER

A status report on this matter is overdue. Please file it.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 March 2020