# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

MITCHELL J. MAGEE, M.D., United
States of America, *ex rel.*; and
TODD M. DEWEY, M.D.                                                      PLAINTIFFS

v.                          No. 4:19-mc-17-DPM

TEXAS HEART HOSPITAL OF THE
SOUTHWEST, LLP                                                           DEFENDANT

## ORDER

Status report, *Doc. 8*, appreciated. Stay extended to 3 April 2020. If no party requests relief by that date, the Court will lift the stay, deny the motion without prejudice, and dismiss this matter.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 March 2020