# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

MITCHELL J. MAGEE, M.D., United
States of America, *ex rel.*; and
TODD M. DEWEY, M.D.                                       PLAINTIFFS

v.                          No. 4:19-mc-17-DPM

TEXAS HEART HOSPITAL OF THE
SOUTHWEST, LLP                                            DEFENDANT

## ORDER

Status report, *Doc. 10*, appreciated.  The stay is lifted.  Arkansas
Heart Hospital's motion to quash, *Doc. 2*, is denied without prejudice.
The Court directs the Clerk to close this case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 April 2020